IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRIDENT HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-401-CFC-SRF |
| | ) |
| HUBSPOT, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR TELECONFERENCE TO**
**<u>RESOLVE DISCOVERY DISPUTE</u>**

Plaintiff Trident Holdings, Inc. ("Trident") and Defendant Hubspot, Inc. ("Hubspot") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Trident's infringement contentions, as required by the Court's Scheduling Order (D.I. 41 at ¶ 3(d)).

- Trident's productions, as required by the Court's Scheduling Order (D.I. 41 at ¶¶ 4(b), 4(d), 4(e), 4(f), 4(g), 4(h), 4(i)).

The parties telephonically met and conferred on this issue on January 30, 2023 at 11:30 AM. The following counsel were in attendance:

Delaware Counsel for Defendant:    Karen E. Keller

SHAW KELLER LLP

1

| | |
|---|---|
| Lead Counsel for Defendant: | Jacob Schroeder |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| Delaware Counsel for Plaintiff: | Michael Farnan |
| | FARNAN LLP |
| Lead Counsel for Plaintiff: | Trevor Q. Coddington |
| | INSIGNE PC |

The parties are jointly available for a discovery teleconference on February 16-17, 2023 and February 20, 2023.

/s/ Brian E. Farnan
Brian E. Farnan (No. 4089)
Michael J. Farnan (No. 5165)
FARNAN LLP
I.M. Pei Building
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
 *Attorneys for Plaintiff*

/s/ Andrew E. Russell
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Defendant*

Dated: February 10, 2023